**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED: APRIL 14, 2008
08CV 2120      NF
JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE

In the Matter of                    Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
| --- |
| |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ |

| FIRM |
| --- |
| |

| STREET ADDRESS |
| --- |
| |

| CITY/STATE/ZIP |
| --- |
| |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL          APPOINTED COUNSEL |