IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IDA TREVINO, Individually and as** <br> **Special Administrator of the Estate of** <br> **GREGORIO TREVINO, JR., deceased** <br> **And as Next Friend of SARAH RENE** <br> **TREVINO and ANGELA KRISTIN** <br> **TREVINO, minors,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **U-HAUL COMPANY OF ILLINOIS, INC.,** <br> **U-HAUL INTERNATIONAL, INC.,** <br> **U-HAUL COMPANY OF ARIZONA, INC.,** <br> **U-HAUL COMPANY OF FLORIDA, INC.,** <br> **U-HAUL LEASING & SALES CO.,** <br> **U-HAUL COMPANY OF OREGON,** <br> **U-HAUL COMPANY OF NORTH CAROLINA** <br> **GENERAL MOTORS CORPORATION, and** <br> **MECHELLE WALSH, as Special Administrator** <br> **Of The Estate of WILLIAM GEARY, deceased** <br><br> **Defendants.** | **Case No. 08 CV 2120** <br><br> **Judge Gettleman** <br> **Magistrate Judge Cole** |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Ida Trevino, et al. hereby file this Notice of Dismissal Without Prejudice.

Dated: April 17, 2008

Respectfully submitted,

By: /s/ Darren VanPuymbrouck

Darren VanPuymbrouck
Renee C. Kelley

Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
Tel:   (312) 258-5500
Fax:   (312) 258-5600

OF COUNSEL:
James F. Perrin
State Bar No. 24027611
Paula A. Wyatt
State Bar No. 10541400
4825 Everhart Road
Corpus Christi, Texas  78411
Tel:   (361) 857-2727
Fax:   (361) 857-8783

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2008, a copy of Plaintiffs' Notice of Dismissal Without Prejudice, was served on the following counsel through the U.S. District Court for the Northern District of Illinois CM/ECF Electronic Filing System:

>George Jackson III
>Dimitri Shifrin
>BRYAN CAVE LLP
>161 North Clark Street
>Suite 4300
>Chicago, IL  60601-3315

>/s/ Darren VanPuymbruck