## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2120 | **DATE** | 4/28/2008 |
| **CASE TITLE** | Ida Trevino     vs    U-Haul Company of Illinois, Inc., et al | | |

**DOCKET ENTRY TEXT:**

This cause is voluntarily dismissed without prejudice.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|